IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANIEL ELDRIDGE**  PLAINTIFF
**ADC #175259**

v.  Case No. 3:20-cv-00335-LPR

**DEXTER PAYNE, Director, ADC,** *et al.*  DEFENDANTS

## JUDGMENT

Consistent with the Orders entered in this case, it is considered, ordered, and adjudged that judgment is entered in favor of Defendants Davis, Young, Glass, and Moss. The claim against Defendant Payne is dismissed without prejudice for failure to state a claim. This case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 29th day of June 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE